# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00285-01** |
| ) | |
| **Letisha Wilson** ) | |
| ) | |

## LEGAL HISTORY:

On February 25, 2005, the above-named was sentenced to 2 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on June 6, 2005.  Special conditions included: Financial restrictions/disclosure; Do not dissipate assets; No new credit/debt; and 150 days home detention.

## SUMMARY OF COMPLIANCE:

She has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. Wilson has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**    **Letisha WILSON**
            **Docket Number:   2:04CR00285-01**
            **RECOMMENDATION TERMINATING**
            **SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,


                               /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**

Dated:        August 8, 2007
              Elk Grove, California
              DAS/cj


cc:     AUSA Robin R. Taylor (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35                  **ORDER TERMINATING SUPERVISED RELEASE**
                                  **PRIOR TO EXPIRATION DATE**

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | )    **Docket Number: 2:04CR00285-01** |
| **Letisha WILSON** | ) |

On June 6, 2005, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                                 Respectfully submitted,

                                 /s/ Deborah A. Spencer
                                 **DEBORAH A. SPENCER**
                                 **Supervising United States Probation Officer**

Dated:        August 8, 2007
               Elk Grove, California
               DAS/cj

**RE:   Letisha WILSON**
      **Docket Number:   2:04CR00285-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

Dated:  August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office